1038

[No. 46885-9-II. Division Two. February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ELI BRATTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00167-2, George L. Wood, J., entered October 30, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 47323-2-II. Division Two. February 9, 2016.]

*In the Matter of the Marriage of* JULIA ZUCATI, *Appellant*, and AARON ZUCATI, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-3-00156-1, Tracy Loiacono Mitchell, J. Pro Tem., entered February 13, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 32016-2-III. Division Three. February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 02-1-00034-6, Scott R. Sparks, J., entered December 2, 2013. *Remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.